IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.:  5:15cr30/RH/EMT
 5:16cv348/RH/EMT

EDEGARDO OSORNO RODRIGUEZ
_____

## REPORT AND RECOMMENDATION

This case is before the court on a "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" filed by Defendant (ECF No. 325).[1]  In March of 2016, Defendant entered guilty pleas to conspiracy (count one); transporting an individual in interstate commerce to engage in prostitution (counts nine, twelve, thirty-one, and thirty-two); and inducing or persuading an individual to travel in interstate commerce to engage in prostitution (counts two through four, six, sixteen, eighteen, twenty-two, and twenty-eight) (ECF Nos. 161, 163).  In June of 2016, Defendant was sentenced to sixty-months imprisonment (ECF No. 275).  Defendant filed an appeal of his conviction and

---

[1] Although Defendant filed a § 2255 form, instead of completely filling out the court form, in the space provided for explaining his claims for relief in Ground One, he refers to his accompanying memorandum.  The memorandum was never received by the clerk.

sentence, which is currently pending in the Eleventh Circuit Court of Appeals, Case No. 16-14708 (ECF No. 281).

The district court lacks jurisdiction to consider and rule on a § 2255 motion during the pendency of Defendant's direct appeal. *United States v. Dunham*, 240 F.3d 1328, 1329–30 (11th Cir. 2001); *United States v. Diveroli*, 729 F.3d 1339, 1341 (11th Cir. 2013) ("When an appeal is filed, 'the district court is divested of jurisdiction to take *any* action with regard to the matter except in aid of the appeal.'") (quoting *Shewchun v. United States*, 797 F.2d 941, 942 (11th Cir. 1986)). Therefore, Defendant's motion should be dismissed without prejudice.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for lack of jurisdiction.

At Pensacola, Florida, this 12th day of January 2017.

          /s/ *Elizabeth M. Timothy*
          **ELIZABETH M. TIMOTHY**
          **CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.**  *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case Nos.: 5:15cr30/RH/EMT; 5:16cv348/RH/EMT