IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                    CASES NO.  5:15cr30-RH/EMT
                                                  5:16cv348-RH/EMT

EDEGARDO OSORNO RODRIGUEZ,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation ECF No. 327. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is DISMISSED without prejudice for lack of jurisdiction." The clerk must close the file.

SO ORDERED on February 22, 2017.

                                                   s/Robert L. Hinkle
                                                   United States District Judge